# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 24, 2023

Lyle W. Cayce
Clerk

No. 23-10648

In the Matter of 2999TC Acquisitions, L.L.C.

*Debtor*,

Timothy Barton,

*Appellant*,

*versus*

HNGH Turtle Creek, L.L.C.,

*Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2186

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of August 24, 2023, for want of prosecution. The appellant failed to timely file the appellant's brief.

If appellant moves to reopen the appeal, the appellant's brief must accompany any motion to reopen this appeal.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT