# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-10648 Barton v. HNGH
USDC No. 3:22-CV-2186

The court has granted appellant's motion to reinstate the appeal. We are taking no action on the duplicate motion for reconsideration filed on 8/25/23.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. John Joseph Kane
Mr. Gregory Wayne Mitchell
Ms. Karen S. Mitchell
Mr. Andrew Robertson