# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Apr 17, 2024

Attest: Lyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-10648

United States Court of Appeals
Fifth Circuit
**FILED**
March 26, 2024
Lyle W. Cayce
Clerk

In the Matter of 2999TC Acquisitions, L.L.C.

*Debtor*,

Timothy Barton,

*Appellant*,

*versus*

HNGH Turtle Creek, L.L.C.,

*Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2186

Before King, Jones, and Oldham, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 23-10648 Barton v. HNGH
USDC No. 3:22-CV-2186

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Michael J. Edney
Mr. John Joseph Kane
Mr. Gregory Wayne Mitchell
Mr. Andrew Robertson